786

(June 28, 1967)

■ In the Matter of the Claim of BERNARD H. KELLY, Respondent. RICHARDS & DONAHUE, INC., Appellant; MELZAR RICHARDS, Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Herlihy, J.